**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

*Christian H. Carrara*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*

*Main: (856) 757-5026*
*Direct: (973) 494-6933*
*christian.carrara2@usdoj.gov*

August 12, 2026

**Via ECF**
Hon. Susan D. Wigenton, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Pilamunga Cuvi v. Grimes, et al.*, No. 26-cv-10066 (SDW)**
**Petitioner's Release from Custody**

Dear Judge Wigenton:

This Office represents Respondents in the above-captioned habeas immigration action. Pursuant to the August 10, 2026 Text Order, ECF 3, we write to respectfully inform the Court that U.S. Immigration and Customs Enforcement has advised this Office that Petitioner was released from custody at 7:15 p.m. on August 10, 2026.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Christian H. Carrara*
CHRISTIAN H. CARRARA
Assistant United States Attorney
*Attorneys for Respondents*

SO ORDERED.

Hon. Susan D. Wigenton
United States District Judge
Dated: August 17, 2026
The Clerk shall CLOSE this matter as Petitioner has been released (ECF No. 5).